# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIK ADBULLAH,** : | |
|     **Plaintiff,** : | |
| : | |
|     v. : | **Civ. No. 17-3618** |
| : | **Civ. No. 17-2961** |
| **PHILADELPHIA POLICE** : | |
| **DEPARTMENT, et al.,** : | |
|     **Defendants.** : | |

## ORDER

**AND NOW**, this 12th day of April, 2018, upon consideration the Order (Civ. No. 17-3618, Doc. No. 35) dated March 26, 2018, directing Plaintiff to file a Third Amended Complaint no later than 5:00 p.m. on April 9, 2018, it is hereby **ORDERED** that this matter (Civ. No. 17-3618) is **DISMISSED without prejudice**.  The **CLERK OF COURT** shall **CLOSE** Civil Action No. 17-3618.

                                                                 **AND IT IS SO ORDERED.**

                                                                  */s/ Paul S. Diamond*
                                                                  _____
                                                                  Paul S. Diamond, J.