TO
U.S. COURT OF APPEALS - THIRD CIRCUIT

U.S. DISTRICT COURT: __Eastern District of Pennsylvania__, __Philadelphia__
                         (District/state)                                          (Location)

U.S. TAX COURT [ ]                        Circuit Court            2:17-cv-02961-PD
(Full Caption of District Court Case)     Docket Number:  2:17-cv-03618-PD

Malik Abdullah                            District Court or
                                          Tax Court
                                          Docket Number: _____

vs.

Philadelphia Police                       District Court or
Department, et al,                        Tax Court
                                          Judge        : Paul S. Diamond


Notice is hereby given that __Malik Abdullah__
                                    (NAMED PARTY)

appeals to the UNITED STATES COURT OF APPEALS for the THIRD CIRCUIT

from [ ] JUDGMENT              [ ] ORDER

[✓] OTHER (specify): __Fraud on the Court and RICO Pattern Violations__
__of Fraud on the Court by Officers of the Court__

entered in this action on __April 16, 2018__.
                                (Date)

DATED: April 15, 2019

__Malik Abdullah__                        (__See Attached All Parties!__)
Counsel for Appellant -signed             Counsel for Appellee

__Malik Abdullah__                        _____
Named of Counsel- Typed or printed        Address

__1100 1/2 Fillmore Street__              _____
Address

__Philadelphia, Pa 19124__                _____

__484-954-9549__                          _____
Telephone Number or US Govt FTS.          Telephone Number or US Govt FTS.

Note: Use additional sheets if all appellants and/or all counsel for appellee cannot be listed on the Notice of Appeal Form

USCA APPEAL FORM (10/1/04)

**Counsel for Appellee and Unrepresented Parties**

Mark W. Fidanza

Reed Smith LLP

Three Logan Square

1717 Arch Street, Suite 3100

Philadelphia, PA 19103

215-851-8264


Andrew J. Soven

Holland & Knight LLP

2929 Arch Street, Suite 800
Philadelphia, PA 19104
215-252-9554


Meghan E. Claiborne, ESQ.

City of Philadelphia

City Solicitor's Office

1515 Arch St., 14th Floor

Philadelphia, PA 19102

(215) 683-5447

Dianna Y. Quinones

636 Lincoln HWY

Fairless Hill, PA 19030

Work: 215-943-2584

Cell#: 267-760-4715


Amanda M. Sidari

Igwe Firm

1500 John F Kennedy Blvd, #1900

Philadelphia, PA 19102

215-278-9898


Law Office of Erik B. Jensen P.C.

1500 Walnut Street

Suite 1920

Philadelphia, PA 19102

215-546-4700


Judge Paul S. Diamond

United States District Court

Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

267-299-7739

The following attorneys have been put on notice in connection with one or more Officers of the Court, for Fraud on the Court concerning RICO in reference to the following **Docket No. 2:16-cv-05007-PD, Malik Abdullah v. Allied Barton.**


Ari Risson Karpf

Karpf, Karpf & Cerutti, P.C.

3331 Street Road

Two Greenwood Square, Suite 128

Bensalem, PA 19020

215-639-0801


W. Brian Holladay

Martenson Hasbrouck & Simon LLP

3379 Peachtree RD NE Suite 400

Atlanta, GA 30326

404-909-8100

**CERTIFICATION OF SERVICE**

I, Malik Abdullah, hereby certify that a true and correct copy of, Notice to Appeal, was served on the below addresses by First-Class United States mail, postage pre-paid on April 15, 2019 (date):

Mark W. Fidanza

Reed Smith LLP

Three Logan Square

1717 Arch Street, Suite 3100

Philadelphia, PA 19103

215-851-8264


Andrew J. Soven

Holland & Knight LLP

2929 Arch Street, Suite 800
Philadelphia, PA 19104
215-252-9554


Meghan E. Claiborne, ESQ.

City of Philadelphia

City Solicitor's Office

1515 Arch St., 14th Floor

Philadelphia, PA 19102

(215) 683-5447

Dianna Y. Quinones

636 Lincoln HWY

Fairless Hill, PA 19030

Work: 215-943-2584

Cell#: 267-760-4715


Amanda M. Sidari

Igwe Firm

1500 John F Kennedy Blvd, #1900

Philadelphia, PA 19102

215-278-9898


Law Office of Erik B. Jensen P.C.

1500 Walnut Street

Suite 1920

Philadelphia, PA 19102

215-546-4700


Judge Paul S. Diamond

United States District Court

Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

267-299-7739

The following attorneys have been put on notice in connection with one or more Officers of the Court, for Fraud on the Court concerning RICO in reference to the following **Docket No. 2:16-cv-05007-PD, Malik Abdullah v. Allied Barton.**

Ari Risson Karpf

Karpf, Karpf & Cerutti, P.C.

3331 Street Road

Two Greenwood Square, Suite 128

Bensalem, PA 19020

215-639-0801


W. Brian Holladay

Martenson Hasbrouck & Simon LLP

3379 Peachtree RD NE Suite 400

Atlanta, GA 30326

404-909-8100


Dated: April 15, 2019                              by: *Malik Abdullah*